UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| JESUS TERRAZAS LOYA, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 7: 06-284-DCR |
| V. | ) ) ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.   Judgment is entered in favor of Respondent United States of America with respect to all issues raised herein by Petitioner Jesus Terrazas Loya.

2.   The claims asserted in this action by Petitioner Jesus Terrazas Loya are **DISMISSED**, with prejudice.

3.   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 18th day of July, 2008.



Signed By:
*Danny C. Reeves* DCR
United States District Judge